2063.   CHATTANOOGA POTTERY CO. *v.* TATUM NAVAL STORES CO.

RUSSELL, J. The verdict rendered was not demanded by the evidence; and under the facts disclosed by this record, there was no error in the first grant of a new trial, even though such new trial was granted by a judge other than he who presided at the trial of the cause.

*Judgment affirmed.*

Complaint; from city court of Sylvester—Judge Park.   June 19, 1909.

Argued November 18,—Decided December 10, 1909.

*Claude Payton, Pope & Bennet,* for plaintiff in error.

*T. R. Perry, J. H. Tipton, J. B. Williams, W. E. Talley,* contra.